United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office

IN RE:

Case No. 96-59904

John T. Whitt

_____ Debtor(s) _____ /

FILED
MAY 10 PM 2: 24
KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

## ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $894.33 constituting unclaimed funds due to Beneficial Mortgage Co. of Ohio, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2024. The last four digits of the social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $894.33 to the order of Household Finance Corporation c/o Dilks & Knopik, LLC and mail the check to P.O. Box 502, Redmond, WA 98073-0502.

Dated: 5/10/2007

_____
U.S. Bankruptcy Judge